### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

AQUAINO HENRY                                                                                          PLAINTIFF
ADC #134050

v.                                          No. 3:07CV00052 JLH

KENNETH SUTTEN, Jailer,
Craighead County Detention Facility                                                                    DEFENDANT

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Plaintiff's cause of action is dismissed without prejudice.

DATED this 11th day of October, 2007.

_____
UNITED STATES DISTRICT JUDGE