**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

AQUAINO HENRY                                                                                                    PLAINTIFF
ADC #134050

v.                                                   No. 3:07CV00052 JLH

KENNETH SUTTEN, Jailer,
Craighead County Detention Facility                                                          DEFENDANT

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITHOUT PREJUDICE. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 11th day of October, 2007.

_____
UNITED STATES DISTRICT JUDGE